■ HALLE & STIEGLITZ et al., Individually and on Behalf of Other Shareholders of Empress International Ltd., Respondents-Appellants, v MARTIN KOLEN et al., Appellants-Respondents.—Order, Supreme Court, New York County, entered on July 31, 1978, unanimously affirmed for the reasons stated by Klein, J., at Special Term, without costs and without disbursements. Concur—Sullivan, J. P., Bloom, Lupiano, Silverman and Ross, JJ.

■ BERNARD FRIEDMAN, Respondent, v JACKSON JORDAN et al., Appellants.—Judgment, Supreme Court, New York County, entered on March 19, 1979, unanimously affirmed for the reasons stated by Myers, J., at Special Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur—Sullivan, J. P., Bloom, Lupiano, Silverman and Ross, JJ. [98 Misc 2d 686.]

■ VIRGINIA SALVATI, Appellant, v FRANCIS D. ZIEGLER, Respondent.— Order, Supreme Court, New York County, entered on November 27, 1978, unanimously affirmed, without costs and without disbursements. The parties are directed to hold the examinations within 20 days after service of a copy of this court's order, with notice of entry. No opinion. Concur—Sullivan, J. P., Bloom, Lupiano, Silverman and Ross, JJ.

■ DIPLOMAT/SOUTHLAND, INC., Formerly Known as SOUTHLAND ELECTRONICS, INC., et al., Respondents, v PHILIP J. LA MARCHE, Appellant.— Judgment, Supreme Court, New York County, entered on July 27, 1978, unanimously affirmed, without costs and without disbursements. Appeal from the order of said court entered on September 25, 1978, is dismissed as from a nonappealable order. No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Lane, JJ.

■ RENEE ASTARITA et al., Plaintiffs, v DONALD W. CAIRNS et al., Defendants. RONALD W. CAIRNS et al., Third-Party Plaintiffs, v CHARLES SPEID et al., Third-Party Defendants. HENRY L. SETTS, Appellant, et al., Plaintiffs, v CHARLES SPEID et al., Defendants. PATRICK THOMAS, Third-Party Plaintiff, v MAX J. WEINSTEIN, Third-Party Defendant-Respondent.—Order, Supreme Court, Bronx County, entered on July 19, 1978, unanimously affirmed for the reasons stated by Rubin, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Fein, Sandler and Lane, JJ.

■ EMANUEL SAMARAS et al., Appellants, v GATX LEASING CORPORATION, Respondent.—Appeal from order, Supreme Court, New York County, entered on July 20, 1978, unanimously dismissed as from a nonappealable order. Respondent shall recover of appellants $75 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASQUALE SIMONE, Also Known as PAT SIMONE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 31, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.60 (subd 5). No opinion. Concur—Sullivan, J. P., Bloom, Markewich and Ross, JJ. [92 Misc 2d 306.]